*Sheppard & Clements,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, *Roy Campbell* and *Ira A. Hutchison,* Assistants, for Defendant in Error.

Clyde Sparkman, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed on motion of Attorney General.
*Ethel Jane Steele,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

Annie T. Hardin, *et al.,* Appellants, v. Henry A. Sawyer, *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.
*C. B. Peeler,* for Appellants.
*Wm. H. Harwick,* for Appellee.

White Swan Laundry, a Florida corporation, Plaintiff in Error, v. Joseph Lechner, joined by her husband, *et al.,* Defendants in Error.

Writ of error dismissed on motion of counsel for Plaintiff in Error.
*G. A. Worley,* for Plaintiff in Error.
*Miles Ventress,* for Defendants in Error.

J. W. Earnest, Appellant, v. Ruby Howze, *et al.,* Appellees.